IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TAKAEUS MAKEON GRAHAM, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>S.STALLARD, *et al.*, )<br>    Defendant. ) | Civil Action No. 7:17-cv-00035<br><br>By: Elizabeth K. Dillon<br>    United States District Judge |

**MEMORANDUM OPINION**

Plaintiff Takaeus Makeon Graham, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered January 27, 2017, the court conditionally filed this action and, *inter alia*, advised Graham that he must notify the court in writing immediately upon his transfer or release, and provide the court with a new address. (Dkt. No. 6.) The court warned Graham that failure to notify the court of a change of address would result in dismissal of the case. (*Id.*) On January 8, 2018, plaintiff submitted a change of address notice. (Dkt. No. 57.) On February 20, 2018, an order granted a motion for extension of time for plaintiff to respond to the motion for summary judgment. (Dkt. No. 58.) On March 5, 2018, the order was returned to the court as undeliverable and with no forwarding address. (Dkt. No. 59.) Graham has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Graham's complaint without prejudice. Graham is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: March 6, 2018.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge